IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAKITA DOLLARD, | § | |
| | § | No. 686, 2014 |
| Defendant-Below, Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. Id. No. 1310014671 |
| Plaintiff-Below, Appellee. | § | |

Submitted:  September 24, 2015
Decided:  September 24, 2015

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

## O R D E R

This 24th day of September 2015, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in the Superior Court's well-reasoned decision denying the defendant's motion for judgment of acquittal dated October 24, 2014.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *State v. Dollard*, 2014 WL 5426639 (Del. Super. Oct. 24, 2014)).